## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 165 EM 2016 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| DANTE JACKSON, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2016, the Application for Extraordinary Relief under King's Bench Powers is **DENIED**.